UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Noah J. McCourt,

          Plaintiff,

v.

State of Minnesota and Tim Walz,

          Defendants.

Civil No. 20-cv-1117 (PJS/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and
3. Plaintiff's Application to Proceed in District court Without Prepaying Fees or Costs [Doc. No. 2] is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/2/20

                              PATRICK J. SCHILTZ
                              United States District Judge